CM/ECF Hrg5ap
(Rev. 09/11/09)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662−369−2596

---

In Re: Shirley Ann Douglas
Debtor(s)

Case No.: 09−13893−DWH
Chapter: 13

Terre M. Vardaman
Plaintiff(s)
    vs.
Richard B. Schwartz
Defendant(s)

Adversary Proceeding No. 10−01187−DWH

---

PLEASE TAKE NOTICE that a hearing will be held at

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730

on 1/7/11 at 10:00 AM

to consider and act upon the following:

*12* – Motion to Require Richard Schwartz and Schwartz and Associates, P.A. to pay $172,414.68 to the Trustee or into the Registry of the Court Filed by Philip W. Thomas on behalf of Shirley Ann Douglas . Entered on Docket by: (AOH)

Dated: 12/3/10

David J. Puddister
Clerk, U.S. Bankruptcy Court
BY: AOH
    Deputy Clerk