## IN THE UNITED STATES BANKRUPTCTY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: SHIRLEY DOUGLAS**                                    **CHAPTER 13 PROCEEDING**

                                                              **CASE NO. 09-13893**

**TERRE M. VARDAMAN, TRUSTEE FOR**
**THE ESTATE OF SHIRLEY ANN DOUGLAS**                          **PLAINTIFF**

**VS.**

                                                              **ADVERSARY NO. 10-01187-DWH**

**RICHARD B. SCHWARTZ, SCHWARTZ &**
**ASSOCIATES, P.A., and VANN F. LEONARD**
**AND JOHN DOES**                                             **DEFENDANTS**

---

### DEBTOR SHIRLEY DOUGLAS' RESPONSE TO MOTION TO STAY

Debtor, Shirley Douglas, responds to Defendants' Motion to Stay as follows:

1.       Debtor agrees that her action filed in Hinds County Mississippi was the first filed and that, therefore, this action should be stayed.

2.       Debtor notes that the staying of this action should not prevent this Court from granting Debtor's pending Motion to Require Schwartz to pay $172,414.68 to the Trustee or into the Registry of the Court. Debtor filed that motion in her bankruptcy proceeding and the motion involves issues properly before this Court.

This the 22nd day of December, 2010.

Respectfully Submitted,

SHIRLEY DOUGLAS

By Her Attorney,

/s/ Philip W. Thomas
PHILIP W. THOMAS

PHILIP W. THOMAS, P.A.
747 North Congress Street
Jackson, MS 39202
Post Office Box 24464
Jackson, MS 39225-4464
Tel: (601) 714-5660
Fax: (601) 714-5659

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the

Court using the ECF system which sent notification of such filing to counsel who have

electronically registered the non-ECF participants.

Terre M. Vardaman, Esquire
Chapter 13 Case Trustee
Post Office Box 1326
Brandon, Mississippi 39043
missatty@bellsouth.net

Paula E. Drungole, Esquire
Debtor's Bankruptcy Counsel
Post Office Box 186
Starkville, Mississippi 39760
drungolelawfirm@bellsouth.net

Office of the United States Trustee
100 West Capitol Street, Suite 706
Jackson, Mississippi 39269
USTRRegions05.AB.ECF@usdoj.gov

Selene D. Maddox
Maddox Law Office
362 N. Broadway Street
Tupelo, Mississippi 38804-3926
sdmaddox63@gmial.com

R. Adam Kirk
Gore, Kilpatrick & Dambrino, PLLC
135 First Street (38901)
Post Office Box 901
Grenada, Mississippi 38902-0901
akirk@gorekilpatrick.com

Richard C. Bradley, III
J. Wyatt Hazard
Daniel, Coker, Horton & Bell, P. A.
Post Office Box 1084
Jackson, Mississippi 39215-1084
rbradley@danielcoker.com
whazard@danielcoker.com

Joseph Anthony Sclafani
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
Post Office box 119
Jackson, Mississippi 39205-0119
jsclafani@brunini.com

This the 22nd of December, 2010.

/s/ Philip W. Thomas
PHILIP W. THOMAS

2