**IN THE UNITED STATES BANKRUPTCTY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: SHIRLEY DOUGLAS                                    CHAPTER 13 PROCEEDING

                                                                            CASE NO. 09-13893

TERRE M. VARDAMAN, TRUSTEE FOR
THE ESTATE OF SHIRLEY ANN DOUGLAS                         PLAINTIFF

VS.
                                                                            ADVERSARY NO. 10-01187-DWH

RICHARD B. SCHWARTZ, SCHWARTZ &
ASSOCIATES, P.A., and VANN F. LEONARD
AND JOHN DOES                                                               DEFENDANTS

**JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT ON
BEHALF OF DEBTOR SHIRLEY DOUGLAS AND THE TRUSTEE**

The Debtor Shirley Douglas and the Trustee Terre M. Vardaman move for partial summary judgment against Richard B. Schwartz and Schwartz & Associates, P.A. (collectively "Schwartz") in the amount of $500,000 for the following reasons:

1.      This is a legal malpractice case. Shirley Douglas hired Schwartz to represent her in a claim for injuries sustained in a car wreck.

2.      Schwartz settled the case for $500,000 and gave the money to Van Leonard—an attorney Schwartz hired to represent Schwartz in Ms. Douglas' bankruptcy proceeding.

3.      Leonard paid Schwartz $172,414.68 of the $500,000 and stole the rest of the settlement.

4.      Schwartz refuses to pay a penny to Ms. Douglas or her bankruptcy estate.

5.      Schwartz is liable for $500,000 based on Mississippi law.

6.      Therefore, the Court should enter summary judgment in Plaintiffs' favor in the amount of $500,000 and set the Plaintiffs' remaining claims for trial.

7.  In support of this motion, Plaintiffs rely on the attached Exhibit "1", which is the Affidavit of Shirley Douglas and their supporting Memorandum of Authorities.

**WHEREFORE**, Plaintiffs demands partial summary judgment against Richard Schwartz and Schwartz & Associates, P.A. in the amount of $500,000.

This the 14th day of January, 2011.

Respectfully Submitted,

SHIRLEY DOUGLAS and TERRE M. VARDAMAN

By Their Attorneys,

/s/ Philip W. Thomas
PHILIP W. THOMAS
MS Bar No. 9667

/s/ Selene Maddox
SELENE MADDOX
MS Bar No. 1815

PHILIP W. THOMAS, P.A.
747 North Congress Street
Jackson, MS 39202
Post Office Box 24464
Jackson, MS 39225-4464
Tel: (601) 714-5660
Fax: (601) 714-5659

MADDOX LAW OFFICE
362 N. Broadway Street
Tupelo, MS 38804-3926

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to counsel who have electronically registered the non-ECF participants.

| | |
|---|---|
| Terre M. Vardaman, Esquire<br>Chapter 13 Case Trustee<br>Post Office Box 1326<br>Brandon, Mississippi 39043<br>missatty@bellsouth.net | Paula E. Drungole, Esquire<br>Debtor's Bankruptcy Counsel<br>Post Office Box 186<br>Starkville, Mississippi 39760<br>drungolelawfirm@bellsouth.net |
| Office of the United States Trustee<br>100 West Capitol Street, Suite 706<br>Jackson, Mississippi 39269<br>USTRRegions05.AB.ECF@usdoj.gov | Selene D. Maddox<br>Maddox Law Office<br>362 N. Broadway Street<br>Tupelo, Mississippi 38804-3926<br>sdmaddox63@gmail.com |
| R. Adam Kirk<br>Gore, Kilpatrick & Dambrino, PLLC<br>135 First Street (38901)<br>Post Office Box 901<br>Grenada, Mississippi 38902-0901<br>akirk@gorekilpatrick.com | Richard C. Bradley, III<br>J. Wyatt Hazard<br>Daniel, Coker, Horton & Bell, P. A.<br>Post Office Box 1084<br>Jackson, Mississippi 39215-1084<br>rbradley@danielcoker.com<br>whazard@danielcoker.com |

Joseph Anthony Sclafani
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
Post Office box 119
Jackson, Mississippi 39205-0119
jsclafani@brunini.com

Joe M. Hollomon
Post Office Box 22683
Jackson, Mississippi 39225-2683
jhollomon@att.net

This the 14th of January, 2011.

/s/ Philip W. Thomas
PHILIP W. THOMAS

3